**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MARLENE MARTINEZ-GUITERREZ**          **CASE NO.  3:25-CV-02135 SEC P**

**VERSUS**                              **JUDGE EDWARDS**

**BRIAN ACUNA ET AL**                   **MAGISTRATE JUDGE DAVID J. AYO**

**ORDER**

Before the Court is a Motion for Issuance of an Order to Show Cause (Doc. 2) filed by Petitioner Marlene Martinez-Gutierrez, an immigration detainee at Richwood Correctional Center.  Petitioner requests an Order directing Respondents to respond to the Petition within 21 days and affording Petitioner seven days to reply.  This briefing deadline is reasonable and appropriate in this case.

Accordingly, IT IS ORDERED that the Motion (Doc. 2) is GRANTED.  A response to the Petition shall be filed within 21 days of the date of this Order.  Thereafter, Petition shall have seven days within which to file a reply brief.

THUS DONE in Chambers on this 13th day of January 2026.

David J. Ayo
United States Magistrate Judge