# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

MARLENE MARTINEZ-GUITERREZ    CIVIL ACTION NO.  25-2135 SEC P

VERSUS                                          JUDGE EDWARDS

BRIAN ACUNA ET AL                       MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT OF DISMISSAL

Considering the foregoing Motion to Voluntarily Dismiss Habeas Petition (Doc. 11), filed by Petitioner,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 20th day of April, 2026.

_____
JERRY EDWARDS, JR.
**UNITED STATES DISTRICT JUDGE**